JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELMER R. OROZCO COSIGUA, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**TESLA MOTORS, INC.; and DOES 1 through 10, inclusive,** | Case No.: 2:24−cv−5951-AB-AGR<br><br>[Los Angeles County Superior Court Case No. 24NNCV02180]<br><br>**ORDER OF DISMISSAL** |

    Based on the stipulation of the Parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all Parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: June 20, 2025    By: _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL